**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**NICHOLAS ADDISON** **PLAINTIFF**
**ADC #162451**

**V.** **NO. 2:26-cv-00102-JM**

**DEXTER PAYNE, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

SO ORDERED this 3rd day of August, 2026.

UNITED STATES DISTRICT JUDGE